OPINION — AG — WHEREAS GARVIN COUNTY FAILED TO PAY ITS OBLIGATIONS TO THE OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM WITHIN SIXTY (60) DAYS AFTER NOTICE FROM THE SYSTEM OF THE AMOUNT DUE AS REQUIRED IN 74 O.S. 1967 Supp., 910 [74-910], SAID COUNTY REMAINS A PARTICIPATING EMPLOYER IN THE SYSTEM AND RESPONSIBLE FOR ITS OBLIGATIONS UNDER THE RELEVANT PROVISIONS OF 74 O.S. 1967 Supp., 901-928 [74-901] — [74-928] (PENN LERBLANCE)